AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

TRACY JENSON,

                Plaintiff,

        v.

NATIONAL AIR TRAFFIC CONTROLLERS ASSOCIATION, et al.,

                Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-10-201-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint (Ct. Rec. 4) is Dismissed With Prejudice.

September 7, 2010  
*Date*

JAMES R. LARSEN  
*Clerk*  
s/ Linda Emerson  
*(By) Deputy Clerk*  
Linda Emerson